# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3791
LT Case No. 05-2024-DR-25811

_____

ANDRE CHAD COWAN,

    Appellant,

    v.

ALEXIS CUDIDRA SMART,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Jigisa Bhikhubhai Dookhoo, Judge.

Andre Chad Cowan, Tampa, pro se.

No Appearance for Appellee.

August 11, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and SOUD, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————